LAW OFFICE OF SUZANNE LUBAN
Suzanne A. Luban, SBN 120629
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
ROSEMONT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-00126 DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: SEVERANCE AND WAIVER OF JURY TRIAL OF DEFENDANT ROSEMONT, INC.** |
| v. | |
| HASSAN SWAID, et al., | |
| Defendant.   / | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Rosemont, Inc., and the United States, that:

1. Pursuant to Federal Rule of Criminal Procedure 23(a), defendant Rosemont, Inc. waives its right to a jury trial, such waiver being conditioned on the further terms set forth herein;

2. Defendant Rosemont, Inc. shall be severed from the trial of defendant Hassan Swaid, Rosemont's President;

3. Any trial of defendant Rosemont, Inc. will be commenced only after the conclusion of the trial of defendant Swaid; and

4. The evidence admitted in the trial of defendant Swaid shall be evidence in the subsequent trial of Rosemont, Inc. by this Court, if such trial of the corporation occurs. All objections raised at the trial of the individual defendants shall be preserved for the record at the trial of Rosemont, Inc. and both Rosemont, Inc. and the plaintiff reserve the right to

STIPULATION RE: SEVERANCE AND WAIVER OF JURY TRIAL

1 interpose additional objections to that prior evidence at the
2 subsequent trial of the corporation.  Both the government and
3 Rosemont, Inc. agree that they can introduce additional evidence
4 during this bench trial.
5     SO STIPULATED:

6
Dated: January 9, 2009          /S/ Suzanne A/ Luban
7                                 SUZANNE A. LUBAN
                                Attorney for Defendant
8                               ROSEMONT, INC.

9 Dated: January 9, 2009          /S/ Hassan Swaid[1]
                                ROSEMONT, INC. by Hassan Swaid
10                              President

11
Dated: January 9, 2009          /S/ Keslie Stewart
12                              KESLIE STEWART
                                Assistant United States Attorney
13                              Counsel for Plaintiff

14 Dated: January 9, 2009         /S/ Maureen Bessette
                                MAUREEN BESSETTE
15                              Assistant United States Attorney
                                Counsel for Plaintiff

16

17

18

19
        IT IS SO ORDERED.
20

21  January 14, 2009
   Dated:                        _____
22
                                HONORABLE D. LOWELL JENSEN
23                              United States District Judge

24

25

26    [1] I hereby attest that I have on file all holograph signatures
   for any signatures indicated by a "conformed" signature (/S/)
27 within this efiled document.
                                /S/   Suzanne A. Luban
28                              SUZANNE A. LUBAN
                                Counsel for Rosemont, Inc.

- 2 -