UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>HASSAN SWAID & ROSEMONT WHOLESALE, INC.,<br><br>　　　　Defendant. | Case No: CR 07-0126 DLJ<br><br>**AMENDED ORDER** |

　　On November 20, 2009, Defendant Rosemont Corporation, Inc. ("Rosemont") and the Prosecutor for the United States of America ("U.S.") each waived their right to a trial by jury. The parties then submitted the transcript of Defendant Swaid's trial, held by this Court from May 20, 2009 to June 24, 2009, as well as all of the physical evidence introduced at that trial and agreed that the Court could determine whether or not Rosemont was guilty or not guilty based on that record.

　　Based on the record submitted, the Court finds Rosemont GUILTY of:

　　COUNT ONE: violation of 18 U.S.C. § 371 - Conspiracy to Transport Stolen Merchandise in Interstate Commerce and to Structure.

　　COUNTS TWO THROUGH TWENTY-FIVE: violation of 18 U.S.C. §§ 2314 and 2 - Interstate Transportation of Stolen Property.

　　COUNTS TWENTY-SIX THROUGH FORTY-TWO: violation of 31 U.S.C. § 5324(a)(3) and 18 U.S.C. § 2 - Structuring Transactions For the

1 | Purpose of Evading a Reporting Requirement.

2 |         IT IS SO ORDERED.

3 | DATE: _____
                                         D. Lowell Jensen
4 |                                      United States District Judge